1  Brent H. Blakely (SBN 157292)
   brentblakely@earthlink.net
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiff*
   *Chrome Hearts, LLC*

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 CHROME HEARTS, LLC.,                    ) CASE NO. CV 08-3328 VBF (FFMx)
                                           )
12              Plaintiff,                 ) *ORDER RE CONSENT JUDGMENT*
                                           ) *INCLUDING A PERMANENT*
13         vs.                             ) *INJUNCTION; VOLUNTARY*
                                           ) *DISMISSAL WITH PREJUDICE AS*
14 J. JULIANO dba DKNY MELROSE, et         ) *TO DEFENDANTS MELEE 17, INC.*
                                           ) *and JAY CHOI*
15 al.,                                    )
                                           )
16              Defendants.                )
                                           )
17                                         )
                                           )
18                                         )

19        Plaintiff Chrome Hearts, LLC and Defendants Melee 17, Inc. and Jay Choi

20 ("Defendants") have entered into a Settlement Agreement and Mutual Release as to the

21 claims in the above referenced matter.  Defendants, having agreed to consent to the

22 below terms, it is hereby:

23        ORDERED, ADJUDGED, and DECREED as among the parties hereto that:

24        1.    This Court has jurisdiction over the parties to this Final Judgment and has

25 jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

26        2.    Plaintiff has alleged that Defendants' purchase and sale of counterfeit

27 merchandise bearing piratical copies of Plaintiff's trademarks and copyrighted works

28 constitutes trademark infringement under the Lanham Act and copyright infringement

1   and unfair competition under the Copyright Laws, 17 U.S.C. § 501, et seq and under

2   the common law.

3          3.     Defendants and their agents, servants, employees and all persons in active

4   concert and participation with them who receive actual notice of this Final Judgment

5   are hereby permanently restrained and enjoined from infringing upon the Chrome

6   Hearts trademarks and copyrighted works, either directly or contributorily, in any

7   manner, including generally, but not limited to manufacturing, importing, distributing,

8   advertising, selling and/or offering for sale any unauthorized product bearing the

9   Chrome Hearts trademarks and/or copyrighted works, or words or marks confusingly

10  similar or substantially similar thereto, and, specifically from:

11         (a)    Importing, manufacturing, distributing, advertising, selling and/or

12  offering for sale products which picture, reproduce, copy or use the likenesses of or

13  bear a substantial similarity to any of the Chrome Hearts trademarks and/or

14  copyrighted works.

15         (b)    Importing, manufacturing, distributing, advertising, selling and/or

16  offering for sale in connection thereto any unauthorized promotional materials, labels,

17  packing or containers which picture, reproduce, copy or use the likenesses of or bear a

18  confusing similarity to any of the Chrome Hearts trademarks and/or copyrighted

19  works.

20         (c)    Engaging in any conduct that tends falsely to represent that, or is

21  likely to confuse, mislead or deceive purchasers, Defendants' customers and/or

22  members of the public to believe, the actions of Defendants, the products sold by

23  Defendants in connection with Plaintiff, is sponsored, approved or licensed by

24  Plaintiff, or is affiliated with Plaintiff.

25         (d)    Affixing, applying, annexing or using in connection with the

26  importation, manufacture, distribution, advertising, sale and/or offer for sale or other

27  use of any goods or services, a false description or representation, including words or

28

[PROPOSED] ORDER GRANTING CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION AND VOLUNTARY
DISMISSAL OF DEFENDANTS MELEE 17, INC. AND JAY CHOI

1  other symbols, tending to falsely describe or represent such goods as being those of
2  Plaintiff.

3       4.      Plaintiff and Defendants shall bear their own costs associated with this
4  action.

5       5.      The execution of this Final Judgment by Counsel for the parties and/or by
6  the Defendants appearing *pro se* shall serve to bind and obligate the parties hereto.

7       6.      The jurisdiction of this Court is retained for the purpose of making any
8  further orders necessary or proper for the construction or modification of this Final
9  Judgment, the enforcement thereof and the punishment of any violations thereof.
10 Except as otherwise provided herein, this action is fully resolved with prejudice as to
11 Defendants Melee 17, Inc. and Jay Choi.

12 **IT IS SO ORDERED.**

13

14 DATED:  May 14, 2009                         _Valerie Baker Fairbank_
15                                              HON. VALERIE B. FAIRBANK
                                                **United States District Judge**
16

17 Respectfully Submitted by:
   BLAKELY LAW GROUP

18

19 By:  _____
20       Cindy Chan
         ***Attorneys for Plaintiff***
21       ***Chrome Hearts, LLC***

22

23

24

25

26

27

28

3